AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ COLORADO _____

UNITED STATES OF AMERICA

V.

MICHAEL OLUICH

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 09-po-00018-LTM

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Laird T. Milburn                Magistrate Judge
Name of Judge                   Title of Judge

4/9/2009
Date